1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   MELANIE L. ALSWORTH
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                                          1: 1 4 SW   0 0 0 8 5 SAB

11 IN RE: APPLICATION FOR SEARCH       CASE NO.
   WARRANT
12 a) 32484 Digger Pine Road, Raymond, Ca;   **UNDER SEAL**
   (b) 32175 Road 29, Raymond, Ca;
13 (c) a blue 90's generation Ford F-150 extended   ORDER SEALING SEARCH WARRANT
   cab;                                             APPLICATION AND SEARCH WARRANT
14 (d) Richard Wilson Key

15

16     The United States having applied to this Court, for a search warrants in the above-captioned

17 proceedings and having applied for the search warrants and application in support thereof to remain under

18 seal in order to prevent the destruction of evidence and flight of the target of the investigation,

19     IT IS ORDERED, that the search warrants and affidavit in the above-entitled matter shall be filed

20 with this Court under seal and not be disclosed pending further order of this court.

21

22 Dated: May 7, 2014

23                                          HONORABLE STANLEY A. BOONE

24                                          U.S. MAGISTRATE JUDGE

25

26

27

28

Order Sealing Search Warrant and Application       1